# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2021 KW 1188

VERSUS

LEWIS EZEKIEL GALLOWAY                        **OCTOBER 26, 2022**

In Re:    Lewis  Ezekiel  Galloway,  applying  for  supervisory
          writs,  22nd  Judicial  District  Court,  Parish  of  St.
          Tammany, No. 527,474.

**BEFORE:   GUIDRY, HOLDRIDGE, AND CHUTZ, JJ.**

        **STAY  LIFTED.  WRIT  DENIED.**  The  jury  unanimity  rule  set
forth  in  **Ramos  v.  Louisiana,**  __  U.S.__,  140  S.Ct.  1390,  206
L.Ed.2d  583  (2020)  does  not  apply  retroactively  in  Louisiana.
**State v. Reddick,** 2021-01893 (La. 10/21/22), __ So.3d __.

                              **GH**
                              **WRC**

        **Guidry,  J.,**  concurs.  As  a  judge  of  an  intermediate
appellate  court  of  this  state,  I  am  constrained  to  concur  in  the
denial  of  retroactive  application  of  **Ramos  v.  Louisiana,**  __  U.S.
140  S.Ct.  1390,  206  L.Ed.2d  583  (2020),  in  accordance  with  the
recent  majority  decision  of  the  Louisiana  Supreme  Court  in  **State
v.  Reddick,**  2021-01893  (La.  10/21/22),  __  So.3d  __.  However,  I
write  separately  to  express  my  disagreement  with  upholding
unconstitutional  non-unanimous  convictions  on  collateral  review
and  to  express  my  disappointment  in  this  state's  failure  to
correct  the  lingering  legacy  of  discrimination  and  injustice
embodied  in  such  convictions  for  the  more  detailed  reasons
expressed  by  Justice  Griffin  in  her  dissenting  opinion  to  the
**Reddick** decision.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT